No. 894. LOOMIS, TRUSTEE IN BANKRUPTCY, *v.* COUNTY OF GILA ET AL. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Welburn Mayock* for petitioner.

644

*Mr. Charles L. Strouss* for respondents.

